IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, *et al.*, )
 )
        Plaintiff, )
 )
v. ) Civil Action No. 1:17cv00312 (AJT/TCB)
 )
QUALITY 1 MECHANICAL LLC, )
 )
        Defendant. )
 )

## ORDER

This matter is before the Court on the Report and Recommendations [Doc. No. 14] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. No. 10] be granted and that default judgment be entered in favor of Plaintiffs and against Defendant Quality 1 Mechanical LLC. The Magistrate Judge also advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 10] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant Quality 1 Mechanical LLC in the amount of $7,954.25 (composed of $4,018.61 in unpaid

contributions for the months of November 2016 through January 2017, $786.97 in liquidated damages, $617.38 in interested accrued from the due date through July 14, 2017, $2,292.50 in attorneys' fees, and $238.79 in costs), plus interest accruing thereon at a rate of twelve percent (12%) per annum continuing to accrue from July 14, 2017 through the date of payment; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of Plaintiff Trustees of the International Training Fund and against Defendant Quality 1 Mechanical LLC in the amount of $967.42 (composed of $212.63 in unpaid contributions for the months of November 2016 through January 2017, $42.53 in liquidated damages, $12.26 in interested accrued from the due date through July 14, 2017, $500 in attorneys' fees, and $200 in costs), plus interest accruing thereon at a rate of twelve percent (12%) per annum continuing to accrue from July 14, 2017 through the date of payment.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail copies of this order to Defendant at the following addresses:

Quality 1 Mechanical LLC
5522 Shagbark Place
Groveport, OH 43125-9396

Patrick M. Pickett
Registered Agent
2 Miranova Place, Suite 700
Columbus, OH 43215

**This is a final order for purposes of appeal.** To appeal, Plaintiff must file a written Notice of Appeal with the Clerk of the Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date

of the order Plaintiff wishes to appeal. Failure to file a timely Notice of Appeal waives Plaintiff's right to appeal this decision.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 23, 2017